IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TREVOR WALKER : CIVIL ACTION
:
vs. :
: NO. 16-1398
CITY OF PHILADELPHIA, et al

O R D E R

**AND NOW, TO WIT:** This 6th day of December, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**LUCY V. CHIN**, Interim Clerk of Court

**BY:** /s/ Kristin R. Makely

Kristin R. Makely
Deputy Clerk

Civ 2 (8/2000)
41(b).frm